# Office of the Clerk

United States Court of Appeals
District of Columbia Circuit
Washington, D.C. 20001-2866

Legal Division　　　　　　　　　　　　　　　　　　　　　　　　　(202) 216-7500
Melissa McKenney Ryan, Director　　　　December 23, 2022

　　Re: No. 21-1243, et al., <u>National Religious Broadcasters Noncommercial Music License Committee v. Copyright Royalty Board</u>

Dear Counsel:

　　To ensure an organized presentation of argument in these multi-party appeals, we must receive, *no later than* January 13, 2023, your suggestions on the most efficient format for oral argument. In particular, the proposed format should specify, preferably in a chart:

　　(1) Which issues in the briefs warrant presentation at argument.

　　(2) The order in which the court should hear the issues that warrant oral argument.

　　(3) How much time the court should allow for each issue or set of issues that warrants oral argument, including any rebuttal time.

　　(4) The names of counsel for appellants and appellees who will argue and the parties they represent.

　　(5) If appellants or appellees wish to cede time to intervenors, the name of counsel for intervenors who will argue, the parties they represent, and the issues they will address.

　　Counsel are encouraged to prepare a joint proposed format. Argument will be heard on February 17, 2023. If you have any questions, please call me at (202) 216-7500.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　James A. Kaiser
　　　　　　　　　　　　　　　　　　　　　　　Deputy Director